IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION


UNITED STATES OF AMERICA


VERSUS                        CRIMINAL ACTION NO. 5:08CR20-DCB-LRA


CHARLES GAVIN A/K/A CHARLIE
GAVIN and CHARLES MCCULLOUGH                        DEFENDANTS

<u>ORDER</u>

This matter came before the Court for trial by jury on April 20-28, 2009. The defendants, Charles Gavin and Charles McCullough, were found guilty as to the single count in the indictment, conspiracy to commit murder for hire in violation of 18 U.S.C. § 1958.

A judgment of guilt was entered by the Court in accordance with the verdict of the jury, and a written judgment of guilt and conviction is hereby entered.

The defendants are advised that they have the right to appeal both their convictions and their sentences which will be imposed upon them on July 9, 2009.

SO ORDERED, this the 1st day of May, 2009.


                              s/ David Bramlette
                        UNITED STATES DISTRICT JUDGE