IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:08cr20DCB-LRA

CHARLES W. GAVIN, ET AL

MOTION TO SEAL

The United States of America requests that the certain exhibits in the trial of this matter herein be sealed, and represents the following:

During the trial of this matter certain documents were introduced into evidence which contained the prison records of certain inmates including visitors logs and phone logs which were used to establish connections between different parties. Such documents contain the names of inmate visitors and their addresses.

Additionally, some of the exhibits contain bank records with account information which were needed by the government to establish the ability to pay for the murder for hire.

The government therefore request that the Court seal Governments Exhibits:

1. G-1-A
2. G-1-B
3. G-4-A
4. G-5-A
5. G-6-A
6. G-6-C
7. G-15
8. G-17-A
9. G-17-B
10. G-25

WHEREFORE, the United States requests that the Court SEAL the above describe exhibits, this Motion and Order, pending further order of the Court.

Respectfully submitted,

STAN HARRIS
ACTING UNITED STATES ATTORNEY

By: /s/ Jerry L. Rushing
Assistant United States Attorney

CONSIDERING THE FOREGOING,

IT IS HEREBY ORDERED that the above described documents be sealed, as well as this Motion and Order to Seal.

SO ORDERED, this the   3rd   day of   June  , 2009.

s/ David Bramlette
UNITED STATES DISTRICT JUDGE