IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES                                                    PLAINTIFF

VS.                             CRIMINAL ACTION NO: 5:08-cr-20-DCB-LRA
                                   CIVIL ACTION NO: 3:13-cv-823-DCB

CHARLES W. GAVIN                                                 DEFENDANT

## ORDER DENYING COA

Rule 11(a) of the rules governing §§ 2254 and 2255 cases requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the Petitioner.  Having reviewed the record, applicable statutory and case law, and being otherwise fully advised in the premises, the Court finds and orders as follows:

Pursuant to Federal Rule of Appellate Procedure 22(b), Rule 11(a) of the Rules Governing §§ 2254 and 2255 proceedings, and 28 U.S.C. § 2253(c), the Court finds that the petitioner has failed to show (1) that reasonable jurists would find this Court's "assessment of the constitutional claims debatable or wrong," or (2) that reasonable jurists would find "it debatable whether the petition states a valid claim of the denial of a constitutional right" and "debatable whether [this Court] was correct in its

1

procedural ruling." <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).[1]

The Court therefore denies a certificate of appealability.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that a certificate of

appealability is **DENIED.**

**SO ORDERED AND ADJUDGED,** this the 16th day of October 2014.


 /s/ David Bramlette
UNITED STATES DISTRICT JUDGE

_____

[1] Rule 11 of the Rules Governing §§ 2254 and 2255 Cases, as
amended effective on December 1, 2009, reads as follows:

    (a) Certificate of Appealability.  The district court
    must issue or deny a certificate of appealability when
    it enters a final order adverse to the applicant.
    Before entering the final order, the court may direct
    the parties to submit arguments on whether a
    certificate should issue.  If the court issues a
    certificate, the court must state the specific issue or
    issues that satisfy the showing required by 28 U.S.C. §
    2253(c)(2).  If the court denies a certificate, the
    parties may not appeal the denial but may seek a
    certificate from the court of appeals under Federal
    Rule of Appellate Procedure 22.  A motion to reconsider
    a denial does not extend the time to appeal.

    (b) Time to Appeal.  Federal Rule of Appellate
    Procedure 4(a) governs the time to appeal an order
    entered under these rules.  A timely notice of appeal
    must be filed even if the district court issues a
    certificate of appealability.